IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Angela Marie Southard, :
:
    Plaintiff(s). :
: Case Number: 1:16cv581
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 2, 2017 a Report and Recommendation (Doc. 13). Subsequently, the plaintiff filed objections to such Report and Recommendation ( Doc. 15).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner to deny plaintiff benefits is AFFIRMED because substantial evidence exists to affirm the Administrative Law Judge's credibility finding. This case is TERMINATED from the Court's docket.

IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
                                             Judge Susan J. Dlott
                                             United States District Court